AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

**** DISTRICT OF   NEVADA

JAMES E. HERMANSON,

    Plaintiff,

v.

LYON COUNTY SHERIFF'S OFFICE, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:15-cv-00526-RCJ-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss (ECF No. 23) is GRANTED.

January 4, 2017          **DEBRA K. KEMPI**
                                          Clerk

                                          /s/ K. Rusin
                                          Deputy Clerk